### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **RUBYE TABB-POPE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **7:12-2139-AKK** |
| **SAN, INC., doing business as Turning** ) | |
| **Point, and MUTUAL OF AMERICA** ) | |
| **LIFE INSURANCE CO.,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OPINION

The case comes before the court on the motions to dismiss filed by defendants Mutual of America Life Insurance Company and Turning Point. (Docs. 12, 13.) On August 23, 2013, the magistrate recommended that the motions be granted. (Doc. 19.) The plaintiff has filed an objection to that recommendation. (Doc. 20.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objection thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, defendants' motions to dismiss are due to be GRANTED. An appropriate order will be entered.

DONE this the 21st day of October, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE